**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00331-CV**

_____

**ROGER COURTS JR. AND SHELLY COURTS, Appellants**

**V.**

**ALVA ROY WELLS AND ARONA CONSTRUCTION, LLC, Appellees**

---

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 21-10-14744-CV**

---

**MEMORANDUM OPINION**

Roger Courts Jr. and Shelly Courts, appellants, filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellants filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on November 30, 2022
Opinion Delivered December 1, 2022
Before Golemon, C.J., Kreger and Johnson, JJ.

1